UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

LETROY CALHOUN,

                           Plaintiff,                    **ORDER**

          -against-                                      25-cv-4789 (JGLC) (AEK)

THE CITY OF YONKERS, *et al.,*

                           Defendants.
-----------------------------------------------------------X

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

On April 3, 2026, the Court issued an order *sua sponte* extending Plaintiff's time to serve

and file his opposition to Defendants' motion to dismiss or seek an extension of time within

which to do so to April 24, 2026.  ECF No. 32.  The order added that if Plaintiff failed to serve

and file his opposition papers or seek an extension of time by the April 24, 2026 deadline, the

Court would deem the motion unopposed.  *Id.*

To date, Plaintiff has still neither served nor filed any opposition papers, nor has he

sought an extension of the time within which to do so.  Accordingly, the Court deems the motion

to be both unopposed and fully submitted.

The Clerk of Court is respectfully directed to mail a copy of this order to the *pro se*

Plaintiff.

Dated: May 1, 2026
       White Plains, New York

                                        **SO ORDERED.**

                                        _____
                                        ANDREW E. KRAUSE
                                        United States Magistrate Judge