UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LETROY CALHOUN,

Plaintiff,

-against-

THE CITY OF YONKERS, ET AL.,

Defendants,

25 CIVIL 04789 (JGLC)

# JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED**: That for the reasons stated in the Court's Opinion and Order dated July 30, 2026, Defendants' motion to dismiss is GRANTED in its entirety and Plaintiff is denied leave to amend. Accordingly, the case is closed.

**Dated:** New York, New York
August 3, 2026

**TAMMI M. HELLWIG**
**Clerk of Court**

**BY:**

**Deputy Clerk**